

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Robert Bruce Swapsy, Appellant

No. 06-18-00042-CR       v.

The State of Texas, Appellee

Appeal from the 123rd District Court of Panola County, Texas (Tr. Ct. No. 2017-C-0196).   Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment to reflect that the appellant was convicted by a jury, and by removing the reference that appellant's sentence was the result of a plea bargain agreement .  As modified, the judgment of the trial court is affirmed.

We note that the appellant, Robert Bruce Swapsy, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED OCTOBER 11, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk